DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:00-cv-385-JWS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF WITHDRAWAL OF |
| vs. | ) | APPLICATION FOR WRIT OF |
| | ) | EXECUTION ON PERMANENT |
| JAMES D. NELSON, | ) | FUND DIVIDEND AT DOCKET 9 |
| | ) | |
| Defendant. | ) | |

The United States, through counsel, withdraws the duplicate filing of its Application and Affidavit for Issuance of Writ of Execution on Permanent Fund Dividend and Proposed Writ filed May 16, 2006, at Docket 9. The duplicate filing was a result of computer and internet malfunctions.

RESPECTFULLY SUBMITTED on May 18, 2006.

                                      DEBORAH M. SMITH
                                      Acting United States Attorney

                                      s/Richard L. Pomeroy
                                      RICHARD L. POMEROY
                                      Assistant U.S. Attorney
                                      222 West 7th Avenue # 9, Room 253
                                      Anchorage, AK 99513-7567
                                      Tel. (907) 271-5071
                                      Fax  (907) 271-2344
                                      E-mail: richard.pomeroy@usdoj.gov
                                      AK #8906031

I declare under penalty of perjury that a true
and correct copy of the foregoing Withdrawal of
Application for Writ of Execution on PFD was
served by U.S. Mail on James Nelson at 9030 Amanda
Circle, Anchorage, AK 99502 on May 18, 2006.

s/Richard L. Pomeroy