NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:00-cv-00385-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ERRATA TO PLAINTIFF'S MOTION |
| | ) | TO RELEASE PFD FUNDS AT |
| JAMES E. NELSON, | ) | DOCKET 15 |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff the United States of America, through the United States Attorney for the District of Alaska, files this Errata to its Motion to Release PFD Funds at Docket 15. The dollar amount in the second sentence of the last paragraph should read "$1,323.20" not "$1,323.30". The Proposed Order at 15-2 is correct.

RESPECTFULLY SUBMITTED this 6th day of November 2007, at Anchorage, Alaska.

```
                                NELSON P. COHEN
                                UNITED STATES ATTORNEY


                                s/Richard L. Pomeroy
                                RICHARD L. POMEROY
                                ASSISTANT U.S. ATTORNEY
                                222 West 7th Avenue # 9, Room 253
                                Anchorage, AK 99513-7567
                                Telephone: (907) 271-5071
                                Fax:  (907) 271-2344
                                E-mail: richard.pomeroy@usdoj.gov
                                AK #8906031
```

I declare under penalty of perjury that a true
and correct copy of the foregoing Errata was
served on James Nelson by First Class
on November 6, 2007.

s/Richard L. Pomeroy